IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COLONEL SCOTT C. NAUMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHRISTINE WORMUTH, in her official | ) |
| capacity as Secretary of the Army, | ) Case No. 2:23-cv-02102-DDC-TJJ |
| LIEUTENANT GENERAL MILFORD | ) |
| H. BEAGLE JR., in his official capacity, and | ) |
| LIEUTENANT COLONEL BENJAMIN | ) |
| GONG, in his official capacity, | ) |
| | ) |
| Defendants. | ) |

## **INDEX OF EXHIBITS**

Exhibit 1     Amended Complaint in LV-2023-CR-000225

Exhibit 2     Case Summary in LV-2023-CR-000225, as of June 7, 2023