# Exhibit 1

Amended Complaint in LV-2023-CR-000225

ELECTRONICALLY FILED
2023 May 24 AM 7:56
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2023-CR-000225
PII COMPLIANT

**In the District Court of Leavenworth County, Kansas**

STATE OF KANSAS          Plaintiff,

    VS.          Case No. LV- 2023-CR-000225

Scott Nauman
111 Southfork Rd
Lansing, KS 66043          Defendant.

## AMENDED COMPLAINT - INFORMATION

Christopher Lyon, Assistant County Attorney, states and alleges that **Scott Nauman** committed the following crime(s):

### Count One

That between the 1st day of January, 2020 and the 31st day of December, 2021, in Leavenworth County, Kansas, Scott Nauman, then and there being present did unlawfully and feloniously engage in lewd fondling or touching of the person of a child, to-wit: KN (DOB: xx/xx/2008), done with the intent to arouse or to satisfy the sexual desires of either the child or the offender, or both, when said child is under 14 year of age and the offender is 18 years of age or older. In violation of K.S.A. 21-5506(b)(3)(A) & (c)(3), Aggravated Indecent Liberties with a Child, an off-grid person felony.

### Count Two

That on or about the 1st day of May, 2021 and the 28th day of October, 2022, in Leavenworth County, Kansas, Scott Nauman, then and there being present did unlawfully, feloniously and without consent touch HN (DOB: xx/xx/2005), who, at the time, was 16 or more years of age and overcome by force or fear, with the intent to arouse or satisfy the sexual desires of the defendant or another. In violation of K.S.A. 21-5505(b)(1), Aggravated Sexual Battery, a severity level 5 person felony.

I declare under penalty of perjury that the above and foregoing is true and correct. Executed on Wednesday, April 26, 2023.

/s/ *Christopher Lyon*
Christopher Lyon, No. 26216
Assistant County Attorney
Leavenworth County Attorney's Office
601 S 3rd St. Suite 3069
Leavenworth, KS 66048
PH (913) 684-0899
FX (913) 684-1050
clyon@leavenworthcounty.gov

**WITNESSES:**
KN (DOB: XX/XX/2008)
Taylor Johnson
Sara Mader-Nauman
Bernadette Nauman
Bryden Solonar
Hazel Nauman
Ethan Bowles
William Linn
T. Reynolds

**Notice:** **Information about the Diversion Program is available through the Leavenworth County Attorney's Office.**