# Exhibit 2

Case Summary in LV-2023-CR-000225, as of June 7, 2023

Attorney Criminal Type Case

# Case Summary

### Case No. LV-2023-CR-000225

| | | |
|---|---|---|
| **State of Kansas vs. Scott Nauman** § § § | Location: | **Leavenworth County** |
| | Judicial Officer: | **Kuckelman, Gerald R** |
| | Filed on: | **03/14/2023** |

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| 1. Aggravated indecent liberties w child; Offender greater than 18 fondle child less than 14 | 21.5506.b3.A.C3 | FEOG | 01/01/2020 | 03/14/2023 | Case Type: | CR Felony Off Grid, Lvl 1-3, Drug 1 |
| | | | | | Case Status: | **03/14/2023**  **Pending** |

    Offense Reports
      Agency:  Lansing Police Department
                 Lansing, KS, 66043

2. Aggravated sexual battery; Force or fear    21.5505.b.1    FE5P    01/01/2020    03/14/2023

    Offense Reports
      Agency:  Lansing Police Department
                 Lansing, KS, 66043

    *Filed As:* Aggravated indecent liberties w/ child; Fondling a child 14<16 YOA
      *Original Statute:* 21.5506.b.2.A
      *Original Degree:* FE4P
      *Amended Date:* 05/24/2023

## Bonds

| Surety | | |
|---|---|---|
| 03/15/2023 | #23-LV-00172 | $200,000.00 |
| Counts: 1, 2 | Posted | |
| 03/29/2023 | Court Date | |

## Party Information

| | | |
|---|---|---|
| **Prosecutor** | State of Kansas | **Lyon, Christopher William** *Retained* |
| | | **Attorney Office, Leavenworth County** *Retained* |
| **Defendant** | Nauman, Scott | **Bateman, Aimee Muscato** *Retained* |

## Dispositions

05/24/2023    **Plea** (Judicial Officer: Kuckelman, Gerald R)
        Nauman, Scott
          1. Aggravated indecent liberties w child; Offender greater than 18 fondle child less than 14
            Not Guilty
              TRN: TRS: 1
        Nauman, Scott

Attorney Criminal Type Case

## Case Summary

### Case No. LV-2023-CR-000225

    2. Aggravated sexual battery; Force or fear
      Not Guilty
        TRN: TRS: 2

---

### Case Events

03/14/2023    PLE: Complaint/Information
        *COMPLAINT - INFORMATION*

03/14/2023    AFF: Probable Cause/Arrest Report
        *PROBABLE CAUSE SUPPORTING AFFIDAVIT*

03/14/2023    
ORD: Warrant - Arrest
        *ARREST WARRANT (emailed to LVSO)*

03/15/2023    
RET: Return of Service - Arrest/Bench Warrant
        *ARREST WARRANT SERVED*

03/15/2023
Case Note
    *Hearing Notes: State appears by DMelton. Defendant appears in custody with ABateman. Bond is modified to 100,000.00 cash or surety. Continue for preliminary hearing on 3-29 at 2:30pm. FTR4 10:17*

03/15/2023
Judge Note
    *(First Appearance) State appears by David Melton; defendant appears in custody with Bateman; Preliminary 3-29-23 2:30; bond modified to $100,000 c/s. GRK*

03/15/2023    
INF: Entry of Appearance
        *ENTRY OF APPEARANCE - Aimee Bateman*

03/16/2023    
ORD: Subpoena - Clerk Signed
        *SUBPOENA issued KN DOB xx/xx/2008*

03/16/2023    
ORD: Subpoena - Clerk Signed
        *SUBPOENA issued HN DOB xx/xx/2005*

03/16/2023    
ORD: Subpoena - Clerk Signed
        *SUBPOENA issued Ethan Bowles*

03/16/2023    
BON: Bond (Generic)
        *SURETY-RECOGNIZANCE BOND; C&C Bonding/ABC Bonding 100,000.00*

03/20/2023    
RET: Return of Service - Subpoena
        *SUBPOENA served Ethan Bowles 3/17/23; agent*

03/26/2023    
DIS: Transcript Request
        *REQUEST FOR COURT TRANSCRIPT*

03/29/2023
Case Note
    *Hearing Notes: State appears by CLyon. Defendant appears in person with ABateman. Testimony given. Court finds probable cause on Count I and count II (in the alternative) and will bind the defendant over for arraignment. Arraignment is set for 4-26 at 10am. FTR4 2:26*

03/29/2023
Judge Note
    *(Preliminary) State appears by Chris Lyon; defendant appears in person with Aimee Bateman; Evidence presented; D bound over;*

## Case Summary

### Case No. LV-2023-CR-000225

 *Arraignment 4-26-23 10:00. GRK*

03/30/2023
 MOT: Demand For Estimated Cost Of Transcript
  *DEMAND FOR ESTIMATED COST OF TRANSCRIPT*

03/30/2023
 ORD: Order (Generic)
  *ORDER FOR AGREED RECIPROCAL DISCOVERY*

04/03/2023
 INF: Information (Generic)
  *PAID: DEMAND FOR ESTIMATED COST OF TRANSCRIPT*

04/26/2023
Case Note
 *Hearing Notes: State appears by MMcMullen. Defendant appears in person with ABateman. A new amended complaint to be filed. Continue to 5-24 at 10am. FTR4 10:13*

04/26/2023
Judge Note
 *State appears by Mary McMullen; defendant appears in person with Aimee Bateman; Arraignment continued to 5-24-23 10:00. GRK*

05/05/2023
 RET: Return of Service
  *SUBPOENA SERVED KN DOB 2008 3-15-23; personally*

05/05/2023
 RET: Return of Service
  *SUBPOENA SERVED HN DOB 2005 3-15-23; emailed*

05/12/2023
 DIS: Transcript
  *Transcript of Preliminary Hearing held March 29, 2023 at 1-45*

05/12/2023
 INF: Information (Generic)
  *DEMAND FOR ADDITIONAL COST OF TRANSCRIPT*

05/24/2023
 PLE: Amended Complaint/Information
  *AMENDED COMPLAINT - INFORMATION*

05/24/2023
Case Note
 *Hearing Notes: State appears by DMelton. Defendant appears in person with ABateman. Defendant enters a not guilty plea. Pretrial conference is set for 9-29 at 2pm. Jury trial is set for 10-2 at 9am. FTR4 10:14*

05/24/2023
Judge Note
 *(Arraignment) State appears by David Melton; defendant appears in person with Aimee Bateman; not guilty plea entered; JT set for 10-2-23. GRK*

05/26/2023
 ORD: Order Originated by Judge
  *ORDER SETTING CASE FOR TRIAL*

---

### Hearings

03/15/2023 **First Appearance** (9:00 AM) (Judicial Officer: Kuckelman, Gerald R)
  Resource: Location Courtroom 4
   *Hearing Held*

03/29/2023 **Preliminary Hearing (CR)** (2:30 PM) (Judicial Officer: Kuckelman, Gerald R)
  Resource: Location Courtroom 4
   *Hearing Held*

04/26/2023 **Arraignment** (10:00 AM) (Judicial Officer: Kuckelman, Gerald R)
  Resource: Location Courtroom 4

**Attorney Criminal Type Case**

## Case Summary

### Case No. LV-2023-CR-000225

|  |  |
|---|---|
|  | *ABC Bonding 100,000.00* |
|  | *Hearing Held* |
| 05/24/2023 | **Arraignment** (10:00 AM) (Judicial Officer: Kuckelman, Gerald R) |
|  | Resource: Location Courtroom 4 |
|  | *ABC Bonding 100,000.00* |
|  | *Hearing Held* |
| 09/29/2023 | **Pretrial Conference** (2:00 PM) (Judicial Officer: Kuckelman, Gerald R) |
|  | Resource: Location Courtroom 4 |
| 10/02/2023 | **Jury Trial** (9:00 AM) (Judicial Officer: Kuckelman, Gerald R) |
|  | Resource: Location Courtroom 4 |
| 10/03/2023 | **Jury Trial** (9:00 AM) (Judicial Officer: Kuckelman, Gerald R) |
|  | Resource: Location Courtroom 4 |

### Financial Information

**Defendant**   Nauman, Scott

| | |
|---|---:|
| Total Financial Assessment | 176.00 |
| Total Payments and Credits | 176.00 |
| **Balance Due as of 06/07/2023** | **0.00** |
| 04/03/2023   Transaction Assessment | 176.00 |
| 04/03/2023   Case Payment   Receipt # LV-2023-01200 | (176.00) |

**Attorney**   Bateman, Aimee Muscato

| | |
|---|---:|
| **Unapplied Receipts Balance as of 06/07/2023** | **8.00** |
| Bond Payment | 8.00 |