IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COLONEL SCOTT C. NAUMAN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, LIEUTENANT GENERAL MILFORD H. BEAGLE JR., in his official capacity, and LIEUTENANT COLONEL BENJAMIN GONG, in his official capacity, | ) Case No. 2:23-cv-02102-DDC-TJJ |
| Defendants. | ) |

## **INDEX OF EXHIBITS**

Exhibit 1   Final Action of Plaintiff's Article 138, UCMJ Complaint

Exhibit 2   Journal entry of modification as to parenting time and support, in *Nauman v. Mader-Nauman*, Case No.: 2019-DM-000394, Leavenworth County, KS, District Court

Exhibit 3   Photo of Plaintiff receiving recognition from Army leadership, on June 1, 2023