# Exhibit 1

Final Action of Plaintiff's Article 138, UCMJ Complaint



**DEPARTMENT OF THE ARMY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
2200 ARMY PENTAGON
WASHINGTON, DC 20310-2200

DAJA-AL 2023/0378

APR 1 8 2023

MEMORANDUM FOR Commander, US Army Combined Arms Center and Fort Leavenworth, Fort Leavenworth, Kansas 66027

SUBJECT: Final Action on Article 138 Complaint – Colonel Scott Nauman

I have reviewed the subject complaint forwarded to the Office of The Judge Advocate General pursuant to paragraph 19-14b of Army Regulation 27-10, Military Justice, dated 20 November 2020. I have determined that the resolution of the complaint was proper. Please notify the complainant and respondent of this final action.

BY ORDER OF THE SECRETARY OF THE ARMY:

DAVID E. MENDELSON
Brigadier General, USA
Assistant Judge Advocate General
  for Military Law and Operations