# Exhibit 3

Photo of Plaintiff receiving recognition from Army leadership, on June 1, 2023

